UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEE GLOSSON,          Plaintiff,     v.   T. ELLIOTT,          Defendant. | No.  2:14-cv-1795 JAM AC P    ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a motion "for leave . . . to file a disposition motion."  ECF No. 37.  In his motion, plaintiff states that he believes a motion "may resolve the case given the fact that defendant admits her [acts] and omissions in failing to perform her duties in this action."  Id.

Based on his request, it appears plaintiff may be seeking leave to file an untimely motion for summary judgment.  Plaintiff is advised that the deadline for filing a motion for summary judgment in this case expired on June 26, 2016.  See ECF No. 16.  Accordingly, it is too late for plaintiff to file a motion for summary judgment.  Furthermore, plaintiff has not explained why he was unable to file a motion for summary judgment before the June 26, 2016 deadline.  To the extent plaintiff's request is based on additional research plaintiff recently conducted, see ECF No. 37 at 1, plaintiff's recent research does not constitute good cause to extend the dispositive motion deadline.

1

Case 2:14-cv-01795-JAM-AC   Document 38   Filed 10/05/16   Page 2 of 2

1  Moreover, even if plaintiff were permitted to file an untimely motion for summary
2  judgment, it is extremely unlikely that plaintiff's motion would resolve this case. Plaintiff is
3  reminded that on September 9, 2016, the undersigned issued findings and recommendations
4  recommending that defendant Elliott's motion for summary judgment be denied.[1] ECF No. 35.
5  In the findings and recommendations, the court determined that summary judgment was
6  unwarranted because a material factual dispute existed regarding whether defendant Elliott's
7  response to plaintiff's requests for immediate medical care constituted deliberate indifference to
8  plaintiff's serious mental health needs in violation of the Eighth Amendment. Id. at 15.  Because
9  it appears that plaintiff would rely on the same evidence the court already considered in
10 connection with defendant Elliott's motion for summary judgment, there is no reason to believe
11 that plaintiff's summary judgment motion would lead to a different result.
12     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to file a
13 dispositive motion, ECF No. 37, is denied.
14 DATED: October 4, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] These findings and recommendations are still pending before the district judge.

2